[No. 6633-1.  Division One.  August 27, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. SHEILA
LOMAX, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81986, Erle W. Horswill, J., entered May 12,
1978. *Affirmed* by unpublished opinion per Dore, J., con-
curred in by Swanson, A.C.J., and Farris, J.

[No. 6634-1.  Division One.  August 27, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCIS
FELIX STUMPF, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84646, David C. Hunter, J., entered June 6,
1978. *Affirmed* by unpublished opinion per Dore, J., con-
curred in by Farris and Williams, JJ.

[No. 6653-1.  Division One.  August 27, 1979.]

TROUNCE AND SONS, INC., *Appellant*, v. PRECISION
MOTOR TRUCKS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 143241, Dennis J. Britt, J., entered
May 11, 1978. *Affirmed* by unpublished opinion per Dore,
J., concurred in by Farris and Williams, JJ.

[No. 6685-1.  Division One.  August 27, 1979.]

THE STATE OF WASHINGTON, *on the Relation of Robert E.
Schillberg, Appellant,* v. EVERETT DISTRICT
COURT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78-2-01292-1, John F. Wilson, J.,
entered May 31, 1978. *Reversed* by unpublished opinion
per Callow, C.J., concurred in by Farris and Ringold, JJ.